## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**HEAT CONTROLLER, INC.,**

     **Plaintiff,**

v.

**WESTCHESTER FIRE INSURANCE CO.,**

     **Defendant.**

_____/

          **Case No. 11-14923**

          **Honorable Denise Page Hood**

## JUDGMENT

     This action having come before the Court and the Court having issued an order dismissing the action this date,

     Accordingly,

     Judgment is entered in favor of Defendant and against Plaintiff.

               DAVID J. WEAVER
               CLERK OF COURT

Approved:

               By: s/LaShawn Saulsberry
                   Deputy Clerk

s/Denise Page Hood_____
DENISE PAGE HOOD
United States District Judge

DATED: September 25, 2012
Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 25, 2012, by electronic and/or ordinary mail.

               S/LaShawn R. Saulsberry_____
               Case Manager